## Commonwealth *v.* Strickland, Appellant.

Submitted September 15, 1970. *Donald B. Corriere,* and *Haber, Corriere & Danyi,* for appellant; *John E. Gallagher,* First Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.